### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **PAYAM TABIBIAN** | * | |
| Plaintiff | * | |
| v. | * | Civil No. **PJM 14-3227** |
| **MOHAMMAD ESFAHANI,** *et. al.*, | * | |
| Defendants. | * | |

### ORDER

The Court, on March 10, 2015, having held a teleconference regarding Defendants' Motion for Preliminary Injunction and related scheduling issues, it is, this 11th day of March, 2015

**ORDERED**

1. A bench trial (estimated four days) regarding liability issues and permanent injunctive relief shall begin on August 25, 2015. Any issues regarding damages will be deferred pending the outcome of this trial;

2. A Pre-Trial Conference shall be held on August 11, 2015, at 4:00 p.m. Pursuant to Local Rule 106, the parties are directed to submit a Joint Pre-Trial Order by no later than close of business on August 4, 2015;

3. Plaintiff, if he so chooses, may file his own Motion for Injunction by Friday, March 20, 2015. Even if he does not, the Court takes the position that the issue is already before it based on the pending Complaint. Should Plaintiff file a further Motion for Injunction, the Defendants may, but are not obligated to, respond to it in the normal course;

1

4. Full discovery continues in accordance with the Amended Scheduling Order [Paper No. 45], with the exception that any discovery requests related to financial matters are **STAYED** pending the outcome of the hearing that will begin on August 25, 2015;

5. Plaintiff **SHALL ANSWER** Defendants' Counterclaims by March 20, 2015. Such Answer will not prejudice Plaintiff's pending Motion to Dismiss, [Paper No. 33], which the Court will rule on at the August hearing;

6. The parties are **DENIED LEAVE TO AMEND** the pleadings.

>  _____/s/_____
>  **PETER J. MESSITTE**
>  **UNITED STATES DISTRICT JUDGE**