IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

**PAYAM TABIBIAN**,

    Plaintiff and Counterdefendant,

    v.

**MOHAMMAD ESFAHANI, ET AL.**,

    Defendants and Counterclaimants.

Case No.: 8:14-cv-03227-PJM

### ENTRY OF APPEARANCE

Please enter the appearance of Victor N. Balancia as co-counsel for Plaintiff Payam Tabibian in the above-captioned litigation.

Dated: April 14, 2015

Respectfully submitted,

/s/
Victor N. Balancia (Bar No. 15764)
RATNERPRESTIA
1250 I Street, NW, Suite 1000
Washington, DC 20005
Telephone: (202) 808-7375
Fax: (610) 407-0701
vbalancia@ratnerprestia.com
*Attorneys for Plaintiff*
PAYAM TABIBIAN

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April 2015, a true and correct copy of the Notice of Appearance was served via ECF to the following counsel of record:

Eric M. Rome, Esq,
Eisen & Rome, P.C.
One Thomas Circle N.W. #1010
Washington, D.C. 20005
(202) 659-2822 x4
(202) 659-2896 Fax
Email: eric@eisenrome.com

Stevan H. Lieberman
Greenberg and Lieberman
2141 Wisconsin Ave NW Suite C2
Washington, DC 20007
(202) 625-7000
Fax: (202) 625-7001
Email: stevan@aplegal.com

Harry Suissa
Harry A. Suissa, P.C.
8720 Georgia Avenue, Suite 1010
Silver Spring, MD 20910
T: (301) 589-1600
F: (301) 589-7752
Email: harry@suissalawyers.com

                                            /s/
                                   Victor N. Balancia