GREENBERG & LIEBERMAN LLC
PATENTS • TRADEMARKS • COPYRIGHTS • DOMAIN NAMES
PROSECUTION • LITIGATION • ARBITRATION • LICENSING

Stevan H. Lieberman – MD, DC
Michael L. Greenberg – MD
Debora J. McCormick – DC

Of Counsel:
Honorable John Anderson

April 20, 2015

VIA ECF

The Honorable Peter J. Messitte
United States District Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    Request for Clarification of what constitutes "financial" documents
              Tabibian v. Mohammad Esfahani, *et al.*, Civil Action No. 8:14-cv-03227-PJM

Dear Judge Messitte,

    As Ordered, Defendants have notified all recipients of third party subpoenas to not respond. Attached hereto are copies of all letters, certified mail receipt and the notice of electronic filing of your Order.

Respectfully submitted,

By: */s/ Stevan H. Lieberman*

| | |
|---|---|
| Stevan H. Lieberman, Esq | Harry Suissa, Esq. |
| (Bar No. 26903) | Harry A. Suissa, P.C. |
| Greenberg &Lieberman | 8720 Georgia Avenue, |
| 1425 K Street, NW, Suite 350 | Suite 1010 |
| Washington, DC 20005 | Silver Spring, MD 20910 |
| Telephone: (202) 625-7016 | (301) 589-1600 Ph, |
| Fax: (202) 625-7001 | (301) 589-7752 Fax |
| Stevan@aplegal.com | harry@suissalawyers.com |

    *Attorneys Representing:* Esfahani, *et al*.

The Honorable Peter J. Messitte
United States District Judge
U.S. District Court for the District of Maryland
P a g e | **2**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2oth day of April 2015, a true and correct copy of the foregoing was served via ECF to the following counsel of record:

Thomas G. Southard,
tsouthard@ratnerprestia.com
Brian S. Seal,
bseal@ratnerprestia.com
Ratner Prestia, 1250 Eye Street,
N.W, Suite 1000,
Washington, D.C. 20005

                By: /s/ Stevan H. Lieberman
                Stevan H. Lieberman (Bar No. 26903)
                Greenberg &Lieberman
                1425  K Street, NW, Suite 350
                Washington, DC 20005
                Telephone: (202) 625-7016
                Fax: (202) 625-7001
                Stevan@aplegal.com